NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-748

STATE OF LOUISIANA

VERSUS

FLOYD J. NOEL

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 87,293
HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED WITH INSTRUCTIONS.

Michael Harson
District Attorney, 15th JDC
P.O. Box 3306
Lafayette, LA 70502-3306
(337) 232-5170
Counsel for Plaintiff/Appellee
  State of Louisiana

James Edward Beal

**Louisiana Appellate Project**
**P. O. Box 307**
**Jonesboro, LA 71251-0307**
**(318) 259-2391**
**Counsel for: Defendant Appellant**
      **Floyd J. Noel**

**Floyd J. Noel**
**Louisiana State Prison**
**Walnut #3, M/P**
**Angola, LA 70712**
**In Proper Person**
      **Floyd J. Noel**